HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19-CR-00228-DAD |
| | ) | |
| *Plaintiff,* | ) | **APPLICATION AND ORDER** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| ANTONIO EMILIO ADAMS, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

Defendant, Antonio Emilio Adams, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

On September 17, 2012, Mr. Adams was sentenced to 120 months in custody followed by 5 years of supervised release with conditions. He began serving his term of supervised release on August 7, 2019. Mr. Adams submits the attached Financial Affidavit as evidence of his inability to retain counsel currently. After reviewing Mr. Adams Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: July 28, 2022                              */s/ Eric Kersten*
                                                              ERIC V. KERSTEN
                                                              Assistant Federal Defender
                                                              Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**July 28, 2022**__               /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE