Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for ANTONIO EMILIO ADAMS

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO ELIMIO ADAMS,<br><br>Defendant. | Case No.: 1:19-CR-00228-ADA<br><br>**NOTICE OF MOTION AND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; MEMORANDUM OF POINTS AND AUTHORITIES; ORDER** |

Mr. ANTONIO EMILIO ADAMS, through counsel, Adilene Flores Estrada, hereby moves this honorable court for an order terminating probation. Undersigned counsel has conferred with Mr. Adams' United States Probation Officer, Breanna Garcia, as well as with counsel for the government, Assistant United States Attorney, Justin J. Gilio, and neither probation nor the government is opposed to this request.

**MOTION**

Title 18, United States Code, Section 3546(c) grants this Court the power to terminate a term of probation at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing Fed. R. Crim. P. 32.1 (c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and (B). Under both provisions, no hearing is required here.

1

1 the Court is satisfied that such action is warranted by the conduct of the defendant and in
2 the interest of justice.  *See* 18 U.S.C. Section 3564(c); *See also United States v. Ponce*, 22
3 F.4th 1045 (9th Cir. 2022) (clarifying that early. Termination of supervised release is not
4 just reserved for rare cases involving exceptionally good behavior).

5       This case originated in the Southern District of California and was transferred to
6 the Eastern District of California.  On or about November 29, 2011, an information was
7 filed against Mr. Adams, charging him with one count of importing 50 grams or more of
8 a mixture and substance containing a detectable amount of Schedule II Controlled
9 Substance, Methamphetamine, in violation of Title 21, United States Code, Sections 952
10 and 960.  *See* Doc. # 9 of Doc #3.  On December 13, 2011, Mr. Adams entered a plea of
11 guilty on count one of the information.  *See* Doc. # 12 of Doc #3.  On or about September
12 17, 2012, Mr. Adams was sentenced to 120 months in custody, with a period of 5 years of
13 supervised release to follow.  *See* Doc. # 27 of Doc #3.

14       Mr. Adams' supervised release began on August 7, 2019, and is set to terminate
15 on August 6, 2024, a term of 5 years (60 months). Doc #1.  At the time of this filing, Mr.
16 Adams, has completed approximately 38 months of the 60-month term imposed.  Mr.
17 Adams is in substantial compliance with all conditions of supervision. During all the time
18 that he has been in supervised release, Mr. Adams has suffered no court reported
19 violations.  There have been a couple close calls but in all his Supervising Officer has
20 opted to not file any report against Mr. Adams.

21       United States Probation Officer, Breanna Garcia, has informed defense counsel,
22 that in 2019 Mr. Adams did test positive for methamphetamine.  Since that positive test
23 Mr. Adams has done very well in addressing his drug and alcohol issues.  He successfully
24 completed treatment and has not had any more positive drug tests.  He has been sober
25 now for three years.  He currently stays with his mother but has worked full time for the
26 past two years, is going through an apprenticeship program and hopes to save up enough
27 money to eventually move out on his own.
28 ///

1    In all, Mr. Adams has demonstrated the ability to lawfully self-manage beyond the period of supervision.  This is evidenced in a recent encounter with Fresno authorities, on or about April of 2022, Mr. Adams and others were kicked out of a hotel, alcohol bottles were found in the premise but there was no evidence that Mr. Adams consumed the alcohol.  He called both his United States Probation Officer about the contact and reached out to his previous drug/alcohol counselor Rick Jensen to discuss the incident.  Mr. Adams has shown that he can and does use substance abuse coping skills and reaches out for help when faced with stressors/triggers that in the past have caused him to abuse drugs/alcohol.  He is proud of his achievements and does not want to go backwards in his recovery.

Mr. Adams has excelled in his attempt to rehabilitate himself, practices techniques to cope with drug/alcohol addictions, has not tested positive for drugs and alcohol since 2019, successfully completed aftercare treatment, has maintained employment, and is currently in an apprenticeship program.  He has demonstrated that he could use the skills given to him to remail lawful well beyond the period of supervision.

**CONCLUSION**

Undersigned counsel has conferred with Mr. Adams' United States Probation Officer, Breanna Garcia, as well as with counsel for the government, Assistant United States Attorney, Justin J. Gilio, and neither probation nor the government is opposed to this request.  Mr. Adams meets all the criteria set forth by the Judicial Conference and due to his good conduct, compliance with supervised release terms, and because it is in the interest of justice, he respectfully asks this honorable Court to terminate his supervised release at this time and grant this motion.

Date:  October 24, 2022                    Respectfully Submitted,

  /s/ADILENE FLORES ESTRADA //  
ADILENE FLORES ESTRADA  
Attorney for Defendant  
ANTONIO EMILIO ADAMS

**ORDER**

IT IS SO ORDERED.  Pursuant to 18 U.S.C. Section 3564(c), the Court hereby terminates Defendant Antonio Emilio Adams' term of Supervised Release.

IT IS SO ORDERED.

Dated:   November 9, 2022

UNITED STATES DISTRICT JUDGE